CHRISTIAN BRECHT, as Administrator, etc., Appellant, *v.* H. CLAUSEN & SON, BREWING COMPANY, Respondent.

(Argued December 15, 1886; decided January 18, 1887.)

*Henry Wehle* for appellant.

*Samuel Untermeyer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.